IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 AUG 24 PM 3: 55

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 2:17cr192 |
| v. | JUDGE Judge Watson |
| GREGORY R. LEE | 18 U.S.C. §§ 2251(a) & (e) |
| | 18 U.S.C. §§ 2253(a)(1) & (3) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

Between in or about January of 2017, and in or about May of 2017, in the Southern District of Ohio, the defendant, **GREGORY R. LEE**, did employ, use, persuade, induce, and entice a minor, specifically Jane Doe #1, a 15-to-16-year-old female, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing any visual depiction and attempting to producing any visual depiction of such conduct, to wit: digital image and video files depicting Jane Doe #1 fully or partially nude with a focus on her genitalia; the production of such visual depictions using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, specifically, cellular phones that were manufactured in whole or in part outside the state of Ohio; and such visual depictions having been transmitted using a means or facility of interstate or foreign commerce.

In violation of 18 U.S.C. §§ 2251(a) & (e).

# FORFEITURE COUNT A

The allegations of Count One of this Information are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offense alleged in Count One of this Information and upon conviction thereof, Defendant **GREGORY R. LEE** shall forfeit to the United States:

(a) all matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and,

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violations including but not limited to the following:

1. One Samsung Galaxy S4 cellular phone, serial number RV1D55J5Y7Z; and
2. One Sandisk 16 GB USB drive.

In violation of 18 U.S.C. §§ 2253(a)(1) and (3).

BENJAMIN C. GLASSMAN
United States Attorney

*[signature]*
HEATHER A. HILL (IL 6291633)
Assistant United States Attorney

*[signature]*
JENNIFER M. RAUSCH (0075138)
Special Assistant United States Attorney