UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
Plaintiff,

v.

Gregory R. Lee,
Defendant.

Case No. 2:17cr192
Judge Michael H. Watson

CRIMINAL SENTENCING MINUTES
before
Judge Michael H. Watson

Courtroom Deputy: Jennifer Kacsor
Court Reporter: Lahana DuFour
Date: January 18, 2018   Time: Commenced 11:40 Concluded 12:25 Total 45 min.

United States Attorney: Heather Hill and Jen Rausch   Defendant Attorney: Steve Nolder

✓ Dft plead to Count(s) __1__ of Indictment - (Information)
___ Motion filed by USAO to dismiss Count(s) _____ of Indictment

**Procedure:**

✓ Sentencing
___ Deft Sworn
___ Supervised Release Violation hearing held.
✓ PSI reviewed by the parties.
✓ No Objections ___ Objections ___ Plaintiff ___ Defendant
✓ Considered for sentencing (___ letter(s) from _____ ; ___ sentencing memo from _____;
   ___ other _____
___ Motion filed by USA for downward departure. ___ Side bar held. ___ Court ordered in open Court _____
✓ Informed of Defendant's Right to Appeal
___ Clerk to Prepare Appeal Notice

**Sentencing:**

✓ Defendant sentenced.
___ Probation _____ Years
✓ Custody 262 Months (remanded/vol sur.)

✓ Supervised Release 20 Years ( ___ Mo.)
✓ Standard/Special Conditions of Sup'd Rel/Probation

✓ Fine $ 10,000 (interest waived)
✓ Special Assessment $ 5,100.00
___ Restitution $_____

✓ Forfeiture (see J&C)
___ See J&C for Special Instructions re: payment
___ Denial of Benefits (see J&C)

| | | | |
|---|---|---|---|
| ✓ No firearms, etc & Collect in DNA | ___ Home Confinement (___ Months) | ✓ No access to computer online service | ___ Turn over financial info to USPO |
| ___ No new lines of credit | ✓ Register as a sex offender | ___ Credit counseling | ___ Obtain GED |
| ___ Community Service (___ months) | ___ No alcohol | ✓ Mental Health Treatment | ___ drug testing and treatment |
| ___ IFRP | ___ 500 Hour Residential Drug Treatment Program | ___ Non-Residential Drug Treatment Program | ✓ Court to recommend facility near Elkton |